AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Barbara Connick

v.

Continental Casualty Company

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-12208 WGY

TO: (Name and address of Defendant)

Continental Casualty Company
CNA Claimplus Inc
c/o CT Corporation Systems
101 Federal St
Boston MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Wilgoren
LAW OFFICE OF
HOWARD I. WILGOREN
179 Union Avenue
Framingham, MA 01702

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: OCT 21 2004

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: November 12, 2004 |
| NAME OF SERVER: BURTON M. MALKOFSKY | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   Yvette Concepcion, Receptionist for CT Corporation Systems, Registered ~~Duly Authorized~~ Agent for the within-named   CNA Claimplus Inc.

Said service was made at:
101 Federal Street, Boston _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 24.00 | 2 Trips |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 12, 2004
Date

Signature of Server: *Burton M. Malkofsky*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE __2__ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| 11/12/04 | 2:00p.m. | No service at 101 Federal St., Boston, Ma. - Allison Liberto, Process Specialist for CT Corporation Systems stated CT Corporation Systems is not a Registered Agent for within-named in Massachusetts therefore she refused to accept service............................................................................................. | $ _____ $ _____ $ 0.00 |
| | | After conducting an investigation Process Server learned Ms. Liberto made an error and CT Corporation Systems is a Registered Agent for CNA Claimplus Inc. | $ _____ $ _____ |
| 11/12/04 | 3:15p.m. | Service was made at 101 Federal St., Boston, Ma........................................................ | $ 24.00 |
| | | TOTAL | $ 24.00 |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**          **One Devonshire Place**          Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**              Fax #        (617) 720-5737