IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208 WGY

BARBARA CONNICK,
    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
    Defendant.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION FOR ADMISSION PRO HAC VICE

Defendant, Continental Casualty Company, by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Jeffrey S. Goldman, Esq. and Catherine S. Nasser, Esq. to appear on its behalf in this case. As grounds for this motion, as set forth in the attached Affidavits of Jeffrey S. Goldman (Ex. A hereto) and Catherine S. Nasser (Ex. B hereto), Continental Casualty Company states as follows:

1. Jeffrey S. Goldman and Catherine S. Nasser are members in good standing in every jurisdiction in which they have been admitted to practice;

2. There are no disciplinary proceedings pending against Attorney Goldman or Attorney Nasser as a member of the bar of any jurisdiction; and

3. Attorney Goldman and Attorney Nasser are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The undersigned counsel Jean M. Kelley is an attorney practicing with the law firm of MORRISON MAHONEY LLP, and has a business address of 115 Commonwealth Avenue, Chestnut Hill, MA 02467, and is admitted to practice before the highest courts of Massachusetts. She is also admitted to practice before the United States District Court for the District of Massachusetts and the United States Court of Appeals for the First Circuit. Undersigned counsel has filed her Notice of Appearance in the above-captioned matter and has signed the Answer filed on behalf of the Defendant. Both of those documents were filed on December 31, 2004.

WHEREFORE, Continental Casualty Company respectfully requests that the Court permit Jeffrey S. Goldman and Catherine S. Nasser to appear on its behalf in this matter.

Respectfully Submitted,
CONTINENTAL CASUALTY COMPANY,
By its Attorneys,

Jean M. Kelley (BBO 265540)
MORRISON MAHONEY LLP
115 Commonwealth Ave.
Chestnut Hill, MA 02467
617-964-0323
jeanmkelley@comcast.net