<u>**EXHIBIT B**</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208WGY

BARBARA CONNICK,
     Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
     Defendant

<u>**AFFIDAVIT OF CATHERINE S. NASSER IN SUPPORT**</u>
<u>**OF MOTION FOR ADMISSION PRO HAC VICE**</u>

I, Catherine S. Nasser, having been duly sworn, do hereby depose and state the following:

1.    I am associated with the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2.    I have been a member in good standing of the bar of the State of Illinois since 2004. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3.    I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    Jean Kelley, an attorney duly admitted to practice in the United States District Court for the District of Massachusetts with an office located

within that judicial district has been retained to associate with me as local

counsel in this matter.

5.    For the foregoing reasons, I respectfully request that this Court allow me

to appear and practice in this matter on behalf of Continental Casualty

Company.

Date:                                _____

Catherine S. Nasser, ARDC # 6283602
Sonnenschein Nath & Rosenthal LLP,
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606


*STATE OF ILLINOIS )*

*COUNTY OF ___COOK___ ) SS.*

*Sworn to and subscribed before me this*
*29  day of December , 2004*


_____
*Notary Public*
*My Commission Expires: 8/7/05*

```
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
♦      "OFFICIAL SEAL"       ♦
♦  ROCHELLE M. ZIELINSKI  ♦
♦  Notary Public, State of Illinois  ♦
♦ My Commission Expires 08/07/05 ♦
♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦
```

## CERTIFICATE OF SERVICE

I hereby certify that on this 31 st day of Dec, 2004, I served a copy of the foregoing Motion of the Defendant Continental Casualty Company for Admission Pro Hac Vice; Affidavit of Jeffrey S. Goldman, Esq.; and Affidavit of Catherine S. Nasser, Esq. by first-class mail, postage prepaid, upon the following:

Howard I. Wilgoren, Esq.
179 Union Avenue
Framingham, MA 01702

Jean M. Kelley