**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO.: 04-12208WGY

BARBARA CONNICK,
    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

**AFFIDAVIT OF JEFFREY S. GOLDMAN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Jeffrey S. Goldman, having been duly sworn, do hereby depose and state the following:

1. I am a Partner at the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2. I have been a member in good standing of the bar of the State of Illinois since 1970. I was also admitted to practice in the United States Court for the Northern District of Illinois in 1970. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Jean Kelley, an attorney duly admitted to practice in the United States District Court for the District of Massachusetts with an office located

within that judicial district has been retained to associate with me as local counsel in this matter.

5. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Continental Casualty Company.

Date:

*[signature]*

Jeffrey S. Goldman, ARDC # 1099-3654
Sonnenschein Nath & Rosenthal LLP,
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

STATE OF ILLINOIS )
COUNTY OF COOK ) SS.

Sworn to and subscribed before me this 29th day of December, 2004

*[signature]*
Notary Public
My Commission Expires: 4/27/05

OFFICIAL SEAL
LAWANNA D CARTER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/27/05