IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208 WGY

BARBARA CONNICK,
    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
    Defendant.

## NOTICE OF APPEARANCE OF JEAN M. KELLEY ON BEHALF OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY

Now comes Attorney Jean M. Kelley and hereby files her Entry of Appearance on behalf of the Defendant Continental Casualty Company in this matter.

Respectfully Submitted,

CONTINENTAL CASUALTY COMPANY,

By its Attorneys,

Jean M. Kelley (BBO 265540)
Morrison, Mahoney & Miller, LLP
115 Commonwealth Ave.
Chestnut Hill, MA 02467
617-964-0323
jeanmkelley@comcast.net