IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208 WGY

BARBARA CONNICK,
        Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
        Defendant.

### RULE 7.3 (A) CORPORATE DISCLOSURE STATEMENT OF THE DEFENDANT CONTINENTAL CASUALTY COMPANY

Now comes the defendant Continental Casualty Company ("Continental") and states that it is 100% owned by CNA Financial Corporation, which is a publicly held corporation.

CONTINENTAL CASUALTY COMPANY,

By its attorneys,

By: _____
Jean M. Kelley, BBO #265540
MORRISON MAHONEY LLP
115 Commonwealth Avenue
Chestnut Hill, MA 02467
617-964-0323
jeanmkelley@comcast.net

Jeffrey S. Goldman
Catherine S. Nasser
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois 60606
(312) 876-8000
(312) 876-7934 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of Dec, 2004, I served a copy of the foregoing Answer of the Defendant Continental Casualty Company; Notice of Appearance of Jean M. Kelley; and Rule 7.3 (A) Corporate Disclosure Statement of the Defendant Continental Casualty Company by first-class mail, postage prepaid, upon the following:

Howard I. Wilgoren, Esq.
179 Union Avenue
Framingham, MA 01702

_____
Jean M. Kelley