UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *****
BARBARA CONNICK                 *
                                *
         Plaintiff              *
                                *
v.                              *      CIVIL ACTION NO.
                                *
                                *      04-12208-WGY
CONTINENTAL CASUALTY            *
COMPANY                         *
                                *
         Defendant              *
                                *
* * * * * * * * * * * * * * * * * * * * * * ******
```

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16

Pursuant to Local Rule 16.1(D) (3) Barbara Connick and her counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
BARBARA CONNICK
By Her Attorney,

_____
BARBARA CONNICK            HOWARD I. WILGOREN, ESQ
Plaintiff                  179 Union Avenue
                           Framingham, MA 01702
                           (508) 626 - 8600
                           BBO No. 527840

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

```
*************************
BARBARA CONNICK          *
                         *
         Plaintiff       *
                         *
v.                       *   CIVIL ACTION NO.
                         *
                         *   04-12208-WGY
CONTINENTAL CASUALTY     *
COMPANY                  *
                         *
         Defendant       *
                         *
*************************
```

### PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16

Pursuant to Local Rule 16.1(D)(3) Barbara Connick and her counsel affirm that they have conferred:

1. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses of the litigation; and

2. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,
BARBARA CONNICK
By Her Attorney,

_Barbara Connick_
**BARBARA CONNICK**
Plaintiff

HOWARD I. WILGOREN, ESQ.
179 Union Avenue
Framingham, MA 01702
(508) 626 - 8600
BBO No. 527840