IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208-WGY

BARBARA CONNICK,
    Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
    Defendant.

## CONTINENTAL CASUALTY COMPANY'S
## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)

We hereby certify in accordance with this court's Local Rule 16.1(D)(3), that we have conferred and have discussed the budget for the cost of conducting a full course and various alternative courses of litigation and have considered the resolution of this litigation through the use of Alternative Dispute Resolution programs, such as those outlined in Local Rule 16.4.

CONTINENTAL CASUALTY
COMPANY

By: _Dale Crider_
Title: _Assistant General Counsel_

CONTINENTAL CASUALTY
COMPANY
By its attorneys,

SONNENSCHEIN NATH & ROSENTHAL LLP
Jeffrey S. Goldman
Catherine S. Nasser
8000 Sears Tower, 233 S. Wacker Dr.
Chicago, IL 60614
Tel: 312-876-8000
Fax: 312-876-7934

MORRISON MAHONEY & MILLER, LLP
Jean M. Kelley, Esq. BBO#265540
115 Commonwealth Ave.
Chestnut Hill, MA 02467
Tel.: 617-964-0323
Fax.: 617-969-8737
jeanmkelley@comcast.net