UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA CONNICK,<br>    Plaintiff<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY,<br>    Defendant | )<br>)<br>)<br>)<br>)   DOCKET NO: 04-12208-WGY<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as attorney on behalf of Continental Casualty Company in the above-captioned matter.

        Respectfully submitted,
        Continental Casualty Company,

        By its attorneys,

        MORRISON MAHONEY LLP

        __/s/sburke_____
        Scott Douglas Burke, BBO#551255
        250 Summer Street
        Boston, MA  02210
        617-439-7578