UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| BARBARA CONNICK,<br>    Plaintiff | )<br>)<br>) |
| v. | )  DOCKET NO: 04-12208-WGY |
| CONTINENTAL CASUALTY<br>COMPANY,<br>    Defendant | )<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as attorney on behalf of Continental Casualty Company in the above-captioned matter.

                                      Respectfully submitted,
                                      Continental Casualty Company,

                                      By its attorneys,

                                      MORRISON MAHONEY LLP

                                      _____
                                      Scott Douglas Burke, BBO#551255
                                      250 Summer Street
                                      Boston, MA 02210
                                      617-439-7500

Certificate of Service

I hereby certify that a true and complete copy of the above document was served upon the attorney of record for each party by mail on the ___ day of _____, 2005.

_____
Scott Douglas Burke

960069v1