IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208 WGY

BARBARA CONNICK,
           Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
           Defendant.

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel for the Defendant Continental Casualty Company in the above-entitled case.

Respectfully submitted,

MORRISON MAHONEY LLP

By:_____
Jean M. Kelley BBO#265540
115 Commonwealth Ave.
Chestnut Hill, Massachusetts 02467
(617) 964-0323
(617) 969-8737 (facsimile)
jeanmkelley@comcast.net

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on __3/17/05__