UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 18 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| BARBARA CONNICK,<br>Plaintiff | ) ) ) ) | |
| v. | ) ) | DOCKET NO: 04-12208-WGY |
| CONTINENTAL CASUALTY<br>COMPANY,<br>Defendant | ) ) ) ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

Please enter my appearance as attorney on behalf of Continental Casualty

Company in the above-captioned matter.

Respectfully submitted,
Continental Casualty Company,

By its attorneys,

MORRISON MAHONEY LLP

Lynne McNeill, BBO#644721
250 Summer Street
Boston, MA 02210
617-439-7500

Certificate of Service

I hereby certify that a true and complete copy of the
above document was served upon the attorney of
record for each party by mail on the ___17th___ day of
_March_ , 2005.

Lynne McNeill

960070v1