IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208 WGY

BARBARA CONNICK,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

**MOTION FOR ADMISSION PRO HAC VICE (ASSENTED TO)**

Defendant, Continental Casualty Company, by its undersigned counsel, moves, pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, for an order permitting Dana B. Gruen, Esq. to appear on its behalf in this case. As grounds for this motion, as set forth in the attached Dana B. Gruen (Ex. A hereto), Continental Casualty Company states as follows:

1. Dana B. Gruen is a member in good standing in every jurisdiction in which she has been admitted to practice;

2. There are no disciplinary proceedings pending against Attorney Gruen as a member of the bar of any jurisdiction; and

3. Attorney Gruen is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. The undersigned counsel Lynne McNeill is an attorney practicing with the law firm of MORRISON MAHONEY LLP, and has a business address of 250 Summer Street, Boston, Massachusetts, 02210-1181 and is admitted to practice before the Supreme Judicial Court of Massachusetts. She is also admitted to

practice before the United States District Court, District of Massachusetts and the United States Court of Appeals for the First Circuit.  Undersigned counsel has filed her Notice of Appearance in the above-captioned matter on March 17, 2005.

5. Plaintiff's counsel has assented to this motion.

WHEREFORE, Continental Casualty Company respectfully requests that the Court permit Dana B. Gruen to appear on its behalf in this matter.

Respectfully Submitted,
CONTINENTAL CASUALTY COMPANY,
By its Attorneys,


/s/ Scott Douglas Burke
Scott Douglas Burke, BBO #551255
Lynne McNeill, BBO #644721
MORRISON MAHONEY LLP
250 Summer Street
Boston, Massachusetts 02210-1181
(617) 439-7500

Jeffrey S. Goldman
Catherine S. Nasser
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 S. Wacker Dr.
Chicago, Illinois  60606
(312) 876-8000

ASSENTED TO:


/s/ Howard I. Wilgoren
Howard I. Wilgoren
6 Beacon Street, Suite 700
Boston, MA 02108
(617) 523-5233

- 2 -

967710v1