**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-12208WGY

BARBARA CONNICK,
    Plaintiff,
v.

CONTINENTAL CASUALTY COMPANY,
    Defendant

**AFFIDAVIT OF DANA B. GRUEN IN SUPPORT
OF MOTION FOR ADMISSION PRO HAC VICE**

I, Dana B. Gruen, having been duly sworn, do hereby depose and state the following:

1. I am associated with the firm Sonnenschein Nath & Rosenthal LLP, 8000 Sears Tower, 233 South Wacker Drive, Chicago, IL 60606.

2. I have been a member in good standing of the bar of the State of Illinois since 1999. No disciplinary proceedings are pending against me as a member of the bar in any jurisdiction.

3. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Lynne McNeill, an attorney duly admitted to practice in the United States District Court for the District of Massachusetts with an office located within that judicial district has been retained to associate with me as local counsel in this matter.

5. For the foregoing reasons, I respectfully request that this Court allow me to appear and practice in this matter on behalf of Continental Casualty Company.

Date: 10/10/2005

_____
Dana B. Gruen, ARDC # 6270531
Sonnenschein Nath & Rosenthal LLP,
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606

STATE OF ILLINOIS )
COUNTY OF  Cook  ) SS.

*Sworn to and subscribed before me this*
10th *day of* October *, 2005*

_____
Notary Public
My Commission Expires: 4/20/09

"OFFICIAL SEAL"
V. SAMANIEGO
Notary Public, State of Illinois
My Commission Expires 04/20/09