**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BARBARA CONNICK | |
| Plaintiff | |
| v. | CIVIL ACTION NO. |
| | 04-12208-WGY |
| CONTINENTAL CASUALTY COMPANY | |
| Defendant | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF' BARBARA CONNICK'S FIRST SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES

Now comes the Plaintiff, Barbara Connick ("Connick"), pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, and hereby answers the following interrogatories which have been propounded by Defendant Continental fully in writing and under oath.

### INTERROGATORIES

**INTERROGATORY NO. 17:**

Please identify and describe the nature of your leave from CNA in 1995, including, but not limited to, the reasons for the leave, any persons with knowledge of the facts and circumstances of this leave and the issues upon which you believe they have knowledge.

**RESPONSE NO. 17:**

To the best of my recollection I took a medical leave from CNA in 1994 because I was being harassed by my second level supervisor Stave Gallagher and stalked by my immediate supervisor, Margaret Marone and Steve Gallagher. I believe that the leave commenced in 1994 after I had an anxiety attack at work after being harassed and stalked over a period of time of several months. I told my husband Paul Connick everything that occurred that prompted this leave of absence. I also told Slavinka Milloutin, my doctor at Quincy Mental Health who treated me what occurred. I returned to work part time sometime in 1995 and eventually returned to work full time a month or two later.

**INTERROGATORY NO. 18:**

Please identify and describe the nature of any leave from CNA, including, but not limited to, the reasons for the leave, any persons with knowledge of the facts and circumstances of this leave and the issues upon which you believe they have knowledge.

**RESPONSE NO. 18:**

To the best of my recollection the only leave that I took from CNA is described in my answer to Interrogatory no. 17.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 1ST DAY OF NOVEMBER 2005.

_____
BARBARA CONNICK

DATED: October 31, 2005

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served upon the attorney of record for each party by facsimile transmission and by Federal Express on November   , 2005.

_____
HOWARD I WILGOREN

690039240828



**From**
Catherine S. Nasser
Sonnenschein Nath & Rosenthal LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
US
3128767528

**Shipment Information**
Service: Priority Overnight
Packaging: FedEx Envelope
Handling:
Dimmed:
Weight: 1
Bill Shipment To:
Bill Duty/Tax/Fees:
Reference: 09714051/0028
Declared Value: 0

**To**
Martin J. Kelly M.D.
Boylston Consultation Center
850 Boylston Street Suite No. 303

Chestnut Hill, MA 02467
United States
617-731-6750

History | Ship to new recipient | Ship to same recipient

1. Fold the printed page along the horizontal line.
2. Place label in shipping label pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. To print a receipt of your shipment, please click on "Shipping History."

http://chifedex01/fsme/jsp/ShipAdapter.jsp                    11/4/2005



**SONNENSCHEIN NATH & ROSENTHAL LLP**

8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

**Catherine S. Nasser**
312.876.7528
cnasser@sonnenschein.com

November 4, 2005

<u>VIA FEDERAL EXPRESS</u>

Martin J. Kelly, M.D.
Boylston Consultation Center
850 Boylston Street, Suite No. 303
Chestnut Hill, MA  02467

Re:  Barbara Connick v. Continental Casualty Company

Dear Dr. Kelly:

Please find attached the latest interrogatory responses provided by Ms. Connick in the above-referenced matter. These responses address the reasons for Ms. Connick's 1994/1995 leave from CNA.

Please call should you have any questions.

Best regards,

*Catherine S. Nasser*

CSN/ke/14466227
Enclosure