# Abbi Laushine Investigation Notes

Laushine Dep x 1

"Incident" Documentation

9/2 Offsite meeting w/ Barbie
discussing problems + issues in unit. She
does not feel comfortable discussing on
site. Meeting held at 4's.
Discussed - racial clicks
People not working in teaming environ.
People should feel thankful they have
jobs.
Much socializing / personal calls
after meeting I brought it to Charles Edwards attention

*2 Hour meeting. Barbie did not want me to do anything afraid of reprisal from unit.*

9/16 Episode w/ Shauna - racial slurs
+ threat of violence.
Started w/ Ernie G about people
calling coworkers names.
Barbie + Shauna - started arguing
on floor - I stopped it + took
each one in conference room separately
Stated that the behavior was unacceptable
+ that if it continued further action
would be taken. I spoke w/ Barbie
for about an hour she reiterated that
people not doing work, clicks, not working
as a team.
I spoke w/ Shauna right after
She apologized, stated that Barbie
was a trouble maker + that this
type of behavior would not happen again.
I again explained that further action
would be taken. Meeting lasted about
10-15 minutes.

*Barbie apologized. Gave her ways to cope - leave desk, go for a walk, ask me to discuss an issue.*

Later that same day:
Barbie calls me catches me
near Charles office + states that she
overheard Shauna issue racial slurs
+ threaten violence to someone on the (1)

Phone. She stated she heard Shauna say "I know people, she doesn't know who she is messing with, I could have someone waiting for her in the garage." Also said was "the piece of white trash that sits in front of me."

w/ this information I got Charles Edwards on a conference call + discussed options, we then brought Barbie in for her details of the story asked her questions + would she mind if we told Shauna what she said.

Barbie was visibly nervous, + shaken thought it okay but wanted to check w/ her husband. Charles stated that we need to deal w/ her the employee + he also understood the reasons for her wanting to discuss it with her husband. We let Barbie go for the day because of how upset she was.

Charles stated if Barbie doesn't feel safe she needs to seek outside help. We can only provide a safe work environment in the office.

We then called in Shauna and asked her if she said the things Barbie accused her of. She denied that she said them. Charles then explained UNA's Policy on threats in the workplace + racial slurs. Both were grounds for immediate termination.

Barbie did contact Police + Detectives did call questioning Shauna's Character + Barbie's Concerns.

Shauna again stated Barbie is a troublemaker + that other people in the unit warned her about how Barbie gossips + spreads rumors + listens in on personal phone calls.

~~the next w~~

②

Week of 20-24  Barbie on Vacation.

Monday 27th —
  Barbie still distraught about what was said before she left on vacation.
  *she could not just forget it. She stated she was*
  Having difficulty concentrating at work, cannot perform her duties.
  Still visibly shaken over incident.
  E-mailed me the need to go over issue.
  — I met w/ her at 11:30 are re explained CNA's stance.
  Nothing I say can make her feel secure or not nervous.

Thursday Sept 30.
  No meetings but Barbie appears upset.

Monday October 4,
  Barbie makes an appointment to meet w/ Chris Dye.

*Barbie getting very worked up about meeting doesn't know if she will be able to hold it together, explain she has to be there. eventually she does decide to go.*

  Chris, Charles, Jim & myself get together & discuss situation.
  Situation has gotten out of control a unit meeting is held w/ Charles, Jim & myself.
  Issues disscussed
    Teaming
    Acceptable behavior
    Unacceptable behavior
    Expectations
    Common Courtsey
    Professionalism
    Respect.
    Termination if individuals are not performing.

Tuesday the 5th
    Barbie states she needs 1/2 personal day

Wednesday the 6th
    I meet w/ Barbie again, she cannot work. This is really affecting her work. She cannot concentrate + is very unsettled. Talks about getting physically ill on the way home from work. Suicide thoughts came into play also. Doesn't know if she can go on.
    I did my best to reassure her but again I did not have the feeling I was being effective.
    Another 2 hour meeting.

    After meeting w/ Barbie discussed concerns w/ Charles & Jim. Both contemplating what is the next step.

Thursday the 7th
    Barbie takes another personal day.

Friday the 8th
    Barbie off · CBH Day

Monday 11th
    No show for Barbie
    No phone call stating she'll be out.
    I have some concern, I reach Charles at home, he calls her house and leaves message. Waiting for now.