UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * *****
PATRICIA COSGROVE                *
                                 *
        Plaintiff                *
                                 *
v.                               *    CIVIL ACTION NO. 05-10791- GAO
                                 *
NEW SEABURY RESOURCES            *
MANAGEMENT, INC.,                *
                                 *
        Defendant.               *
                                 *
* * * * * * * * * * * * * * * * * * * * * * *****
```

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes New Seabury Resources Management, Inc., and respectfully requests this Honorable Court to reschedule the Scheduling Conference in the captioned matter from September 14, 2005 to one of the following dates which have been agreed to by the parties: November 1,7, or 8  2005.  Plaintiff Patricia Cosgrove assents to the granting of this motion. As grounds for granting this motion the following is submitted;

1.  On July 26, 2005 the Court issued a Notice of Scheduling Conference in the captioned matter for September 14, 2005.

2.  On July 29, 2005 counsel for the defendant communicated to the Court and to plaintiff's counsel that he was scheduled to serve as an arbitrator in a case before the National Association of Securities Dealers (NASD) in Boca Raton, Florida on September 12 – 16, 2005.

3. The parties and the Court's Clerk agreed not to continue the Conference at that time in the hope that the arbitration would settle. Unfortunately, the arbitration appears to be going forward at this time.

4. The Plaintiff has agreed to continue the Conference.

WHEREFORE, the parties respectfully request that the instant motion be granted.

    Respectfully submitted,
    New Seabury Resources
    Management, Inc.,
    By its attorney,


    s/ Howard I. Wilgoren
    Howard I. Wilgoren.
    6 Beacon Street Suite 700
    Boston, MA 02108
    (617) 523 - 5233
    BBO No. 527840


ASSENTED TO:

Patricia Cosgrove

By her attorneys


  s/Shannnon Liss - Riordan
Shannon Liss – Riordan
Rebecca G. Pontikes
Pyle, Rome, Lichten, Ehrenberg & Liss – Riordan
18 Tremont Street, Suite 500
Boston, MA 02108
(617) 367 – 7200

Dated: September 2, 2005

CERTIFICATE OF SERVICE

I, hereby certify that on this 8th day of September 2005, I caused a copy of the foregoing document was served on the Plaintiff by faxing and mailing a copy of same by first class mail, to her Attorneys, Shannon Liss – Riordan, Esquire and Rebecca Pontikes, Esquire, Pyle, Rome, Lichten, Ehrenberg & Liss – Riordan, 18 Tremont Street, 5th Floor, Boston, MA 02108

                                                <u>s/ Howard I. Wilgoren</u>
                                                Howard I. Wilgoren