**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARBARA CONNICK,<br><br>            Plaintiff,<br><br>v.<br><br>CONTINENTAL CASUALTY<br>COMPANY,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 04-12208-WGY<br>)<br>)<br>)<br>)<br>)<br>) |

## DEPOSITION SUBPOENA

To:  Dr. Raymond F. Colella
      Nova Psychiatric Services
      1261 Furnace Brook Parkway, Suite 31
      Quincy, MA 02169

GREETINGS:

    YOU ARE HEREBY COMMANDED in the name of the Commonwealth of Massachusetts in accordance with the provisions of Rule 45 of the Massachusetts Rules of Civil Procedure to appear and testify on behalf of the defendant, Continental Casualty Company, before a Notary Public of the Commonwealth on **Wednesday, November 16, 2005 at 9:00 a.m.** at the office of Lynne McNeill, Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 and to testify as to your knowledge, at the taking of the deposition in the above-entitled action.

    You are further required to bring with you the documents set forth on the Schedule A attached hereto.

    Hereof fail not as you will answer your default under the pains and penalties in the law in that behalf made and provided.

_____
Lynne McNeill, BBO #644721
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 737-8812

Date: 10-20-05

_____
Leslie A. Stirk: Notary Public
My commission expires: 7/6/2012

969441v1

## SCHEDULE A

Re:   Barbara C. Connick
      Date of Birth: 12/12/62

Please bring with you any and all medical records, surgical records, x-ray reports, mental health records, writings, reports, notes, or other memoranda relating in any way at all to any of the physical, medical, or mental health conditions, illnesses, or disabilities, including, but not limited to, those of doctors, nurses, practitioners, hospitals, clinics, institutions, or other health-care providers or insurers, from birth to the present time concerning **BARBARA C. CONNICK FROM JANUARY 1, 1994 TO THE PRESENT.**

969448v1