**EXHIBIT B**



**Sonnenschein**
SONNENSCHEIN NATH & ROSENTHAL LLP

8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

Catherine S. Nasser
312.876.7528
cnasser@sonnenschein.com

October 25, 2005

<u>VIA FEDERAL EXPRESS</u>

Dr. Raymond F. Colella
Nova Psychiatric Services
1261 Furnace Brook Parkway, Suite 31
Quincy, MA  02169

Re:  Barbara Connick v. Continental Casualty Company
     Civil Action No. 04-12208-WGY

Dear Dr. Colella:

Enclosed please find a signed medical release in the above-referenced matter. Coupled with the deposition subpoena, which you should already possess, the release authorizes your disclosure of documents and answers at depositions or trial. Per the subpoena, please deliver all relevant documents to Lynne McNeill, Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 on or before Wednesday, November 16, 2005. You do <u>not</u> need to personally deliver these documents.

Also pursuant to the subpoena, we will seek your deposition. However, we would like to do so at a mutually convenient time. Please contact me to discuss your availability in early December, 2005. We hope to accommodate your schedule.

Again, please contact me to discuss your schedule, but also contact me should you have any additional questions.

Best regards,

*Catherine S. Nasser*

Catherine S. Nasser

CSN/ke/14464525
Enclosure
cc:    Jeffrey Goldman