**EXHIBIT C**

**Catherine S. Nasser**
312.876.7528
cnasser@sonnenschein.com

November 14, 2005

<u>VIA FEDERAL EXPRESS</u>

Dr. Raymond F. Colella
Nova Psychiatric Services
1261 Furnace Brook Parkway, Suite 31
Quincy, MA  02169

   Re: Barbara Connick v. Continental Casualty Company
     Civil Action No. 04-12208-WGY

Dear Dr. Colella:

  Pursuant to my October 25, 2005 letter, please deliver all relevant documents in the above-referenced matter to Lynne McNeill, Morrison Mahoney LLP, 250 Summer Street, Boston, Massachusetts 02210 on or before Wednesday, November 16, 2005. You do not need to personally deliver these documents.

  As previously noted, the deposition that was scheduled for this week will be postponed. Please contact me if you wish to organize a mutually convenient time for a deposition as we will be re-issuing deposition notices shortly. We would like to work with your schedule and location preferences.

           Best regards,

           Catherine S. Nasser

CSN/ke/14467608
cc: Jeffrey Goldman