**EXHIBIT D**



**SONNENSCHEIN NATH & ROSENTHAL LLP**

8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
312.876.8000
312.876.7934 fax
www.sonnenschein.com

Chicago
Kansas City
Los Angeles
New York
San Francisco
Short Hills, N.J.
St. Louis
Washington, D.C.
West Palm Beach

Catherine S. Nasser
312-876-8000
cnasser@sonnenschein.com

December 1, 2005

<u>VIA FEDERAL EXPRESS</u>

Dr. Raymond F. Colella
Nova Psychiatric Services
1261 Furnace Brook Parkway
Suite 31
Quincy, MA 02169

    Re:    Barbara Connick v. Continental Casualty Company
           Docket No. 04 12208 WGY

Dear Dr. Colella:

    As you are aware, we represent Continental Casualty Company in the above-referenced matter. On October 20, 2005, you were served with a subpoena for deposition and documents regarding your prior or current treatment of Ms. Barbara Connick.

    In addition to the subpoena, the official notification of your responsibilities, we have sent you two letters via Federal Express, dated October 25, 2005, and November 14, 2005, requesting you to contact the undersigned and providing directions for the production of documents. A voice message was also left on your Nova message service on November 29, 2005, reiterating the same. We have confirmed your current employment status and contact information with the receptionist at Nova Psychiatric Services.

    Unfortunately, we have not heard from you or received the documents ordered by the subpoena. We are sending this letter as a final attempt to receive this information cooperatively before we obtain a court order demanding as much.



December 1, 2005
Page 2

Please contact me at your earliest convenience.

Sincerely,

Catherine S. Nasser

14470003
cc. J. Goldman
  D. Gruen