**EXHIBIT E**



| | | |
|---|---|---|
| **START** 1261 Furnace Brook Pkwy<br>Quincy, MA 02169-4721,<br>US | **END** 250 Summer St<br>Boston, MA 02210-1134,<br>US | |
| **Total Est. Time:**<br>12 minutes | **Total Est. Distance:**<br>8.87 miles | |

| | Maneuvers | Distance |
|---|---|---|
| START | **1:** Start out going WEST on FURNACE BROOK PKWY toward MILLER ST. | 0.1 miles |
| 93 | **2:** Enter next roundabout and take 1st exit onto I-93 N / US-1 N / MA-3 N / SOUTHEAST EXPY. | 7.1 miles |
| EXIT 20 | **3:** Take EXIT 20 toward I-90 / LOGAN AIRPORT / WORCESTER / S. STATION. | 0.1 miles |
| EXIT | **4:** Take the FRONTAGE RD exit on the LEFT toward SOUTH STATION. | <0.1 miles |
| | **5:** Turn SLIGHT RIGHT onto NEW FRONTAGE RD N / FRONTAGE RD / FRONTAGE RD NORTHBOUND. | 0.5 miles |
| RAMP | **6:** Take the KNEELAND ST ramp. | <0.1 miles |
| RAMP | **7:** Take the ramp toward SOUTH STATION / DOWNTOWN. | 0.3 miles |
| | **8:** Stay STRAIGHT to go onto ATLANTIC AVE. | 0.2 miles |
| | **9:** Turn RIGHT onto SUMMER ST. | 0.1 miles |
| END | **10:** End at **250 Summer St**<br>Boston, MA 02210-1134, US | |

**Total Est. Time:** 12 minutes        **Total Est. Distance:** 8.87 miles

Driving Directions from 1261 Furnace Brook Pkwy, Quincy, MA to 250 Summer St, Bost...   Page 2 of 2



These directions are informational only. No representation is made or warranty given as to their content, road conditions or route usability or expeditiousness. User assumes all risk of use. MapQuest and its suppliers assume no responsibility for any loss or delay resulting from such use.

**Web Offers:**
- Schools
- Apartments
- Homes for Sale
- Real Estate
- Home Mortgages
- Jobs
- Hotels
- Rental Cars
- Travel
- Condos
- Bed and Breakfast
- Airline Tickets
- Insurance
- New Cars
- Digital Camera

http://www.mapquest.com/directions/main.adp?go=1&do=nw&rmm=1&un=m&cl=EN&c...   12/1/2005