UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*

| | | |
|---|---|---|
| **BARBARA CONNICK** | \* | |
| | \* | |
| Plaintiff | \* | |
| | \* | |
| v. | \* | CIVIL ACTION NO. |
| | \* | |
| **CONTINENTAL CASUALTY COMPANY** | \* | 04-12208-WGY |
| | \* | |
| Defendant | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to assume his, her or its own attorney's fees and costs, and with each party waiving all rights of appeal.

**CONTINENTAL CASUALTY COMPANY**
BY Its Attorney,

**BARBARA CONNICK**

By Her Attorney,

s/Catherine Nasser
Catherine Nasser
Sonnenschein, Nath & Rosenthal LLP
233 South Wacker Drive
Chicago, IL 60606
(312) 876-8955

s/Howard I. Wilgoren
Howard I. Wilgoren BBO # 527840
6 Beacon Street, Suite 700
Boston, MA 02108
(617) 523– 5233

Dated: January 27, 2006